54

Ford, Appellant, *v.* Fidelity Mutual Life
Insurance Company.

Argued January 3, 1934.   Before FRAZER, C. J., SIMP-
SON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*George J. Edwards, Jr.,* with him *Robert F. Bonner,* for appellant.

*Ira Jewell Williams, Jr.,* of *Brown & Williams,* with him *George H. Wilson,* for appellee.

Per Curiam, January 30, 1934:

The judgment of the court below is affirmed upon the learned opinion of Judge Finletter.